IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY LEROY LATTIMER, § | |
| § | |
| Petitioner, § | |
| § | Civil Action No. 3:06-CV-1236-M |
| v. § | |
| § | |
| STATE OF TEXAS § | |
| § | |
| Respondent. § | |
| § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

On July 14, 2006, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 10 day of August, 2006.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1